UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>TIMMOTHY WAYNE TARTER,<br><br>　　　　　　　Defendant. | Case No. CR22-135 JCC<br><br>**DETENTION ORDER** |

The Court, having reopened the prior detention hearing based on new information not available at the first detention hearing, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)　　Defendant has been charged by complaint with four counts of theft of government property. Defendant has prior criminal convictions for felony offenses. The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use. The defendant through his attorney made argument as to release. Defendant is a risk on nonappearance based on pending charges; a history of failure to appear; association with alternate names, dates of birth, and social

DETENTION ORDER - 1

security numbers; substance abuse; uncertainties regarding employment; and noncompliance under prior terms of supervision. Defendant is a risk of danger based on substance abuse, a pattern of similar criminal activity; and noncompliance under prior terms of supervision.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of September, 2022.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2