THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0135-JCC |
| Plaintiff, | ORDER |
| v. | |
| TIMMOTHY WAYNE TARTER, | |
| Defendant. | |

15

16    This matter comes before the Court on Defendant Timmothy Tarter's unopposed motion

17 to continue trial and extend the due date for pretrial motions (Dkt. No. 26). Having reviewed the

18 motion and the relevant record, the Court makes the following findings and conclusions:

19    1.    Failure to grant the continuance in this case would likely result in a miscarriage of

20 justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

21    2.    Taking into account the exercise of due diligence, failure to grant the continuance

22 in this case would deny defense counsel the reasonable time necessary for effective preparation,

23 given the nature and complexity of the charges and the continuing production of discovery by the

24 Government. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

25    3.    The additional time requested is a reasonable period of delay, as more time is

26 necessary for defense counsel to prepare for trial and the requested continuance is reasonably

ORDER
CR22-0135-JCC
PAGE - 1

1     modest. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

2          4.       The ends of justice served by granting this continuance outweigh the best interests

3     of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

4          5.       Defendant has filed a speedy trial waiver consenting to a continuance of his trial

5     to any date up to and including February 23, 2023. (Dkt. No. 26-2.)

6          Accordingly, the Court ORDERS that:

7                1.       The motion to continue (Dkt. No. 26) is GRANTED.

8                2.       The jury trial in this case is hereby CONTINUED from November 7, 2022

9                     to February 6, 2023 at 9:30 a.m.

10               3.       The resulting period of delay from November 7, 2022 to February 6, 2023

11                     is hereby EXCLUDED for speedy trial purposes under 18 U.S.C. §

12                     3161(h)(7)(A) and (B).

13               4.       Pretrial motions are due no later than Monday, January 9, 2023.

14

15          DATED this 7th day of October 2022.

16

17

18                                  _____

19                                   John C. Coughenour
                                     UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

ORDER
CR22-0135-JCC
PAGE - 2